UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company, )<br>                               Plaintiff,    )<br>                    v.                        )<br>Yuri Fayda, M.D,    )<br>Hadassah Lee Orenstein, M.D.,    )<br>Dyckman Neighborhood Medical, P.C.,    )<br>Stanislav Lentsi,    )<br>Dyckman Management Corp.,    )<br>    )<br>Michael Gorelik, D.C.,    )<br>Alen Oven Chiropractic Care, P.C.,    )<br>    )<br>David Emil Aguilar, D.C.,    )<br>DA Chiropractic P.C.,    )<br>    )<br>Nachmy Bronstein, D.C.,    )<br>Spinergy Chiropractic, P.C.,    )<br>    )<br>Arkady Kiner,    )<br>Contemporary Acupuncture, P.C.,    )<br>    )<br>Igor Vatelman,    )<br>Royal Massage Therapy, P.C.,    )<br>    )<br>Irfan Alladin, M.D.,    )<br>Accelerated Rehab & Pain Management, P.A.,    )<br>Accelerated Surgical Center of North Jersey, L.L.C.,    )<br>Sam Rahat Muqtadir, a/k/a Sam Rahat    )<br>ASC MedSolutions, L.L.C.,    )<br>                                 Defendants.    ) | Case No. 14-CV-9792(WHP)<br><br>Hon. William H. Pauley III<br><br><br><br><br><br>**NOTICE OF MOTION** |

       **PLEASE TAKE NOTICE** State Farm Mutual Automobile Insurance Company, pursuant to Federal Rules of Civil Procedure 33, 34, and 37, respectfully moves this Court, at a date and time to be determined, to compel Defendants Arkady Kiner and Contemporary Acupuncture, P.C. to provide complete responses to certain discovery requests as detailed in the accompanying Memorandum of Law.

Dated:  September 25, 2015                     Respectfully submitted,

                              By:     /s/ Michael M. Rosensaft
                                        KATTEN MUCHIN ROSENMAN LLP
                                        575 Madison Avenue
                                        New York, NY 10022-2585
                                        Telephone: 212.940.8800
                                        michael.rosensaft@kattenlaw.com

                                        Ross O. Silverman
                                        Jonathan L. Marks
                                        Andrew D. Welker
                                        KATTEN MUCHIN ROSENMAN LLP
                                        525 West Monroe Street
                                        Chicago, Illinois 60661-3693
                                        Telephone:  312.902.5200
                                        Facsimile:  312.902.1061
                                        ross.silverman@kattenlaw.com
                                        jonathan.marks@kattenlaw.com
                                        andrew.welker@kattenlaw.com

                                        *Attorneys for Plaintiff*
                                        *State Farm Mutual Automobile Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of September 2015, a true and correct copy of the foregoing Motion and Brief in Support of Motion was served on counsel for all parties via ECF.

                                                 /s/   Michael M. Rosensaft
                                                 One of the attorneys for State Farm